Vogt Appeal.

Argued November 20, 1953. Before STERN, C. J., STEARNE, JONES, BELL, CHIDSEY, MUSMANNO and AR-.NOLD, JJ.

*Max D. Palitz*, for appellant.

278

*Randolph C. Ryder,* Deputy Attorney General, with him *Abraham J. Levy,* Special Deputy Attorney General and *Frank F. Truscott,* Attorney General, for appellee.

OPINION PER CURIAM, January 5, 1954:

This is an appeal from the order of the Court of Common Pleas dismissing an appeal from the action of the Secretary of Revenue suspending the driver's license of the defendant-appellant.

The order is affirmed on the opinion of the learned court below, to which nothing may profitably be added.